## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Richard Randall,                                      Civil No. 07-3787 (RHK/FLN)

                   Plaintiff,                                   **ORDER**

vs.

Michael J. Astrue, Commissioner of
Social Security,

                   Defendant.

_____

Based upon the Findings of Fact, Conclusions, and Recommendation of United States Magistrate Judge Franklin L. Noel dated July 24, 2008, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 15) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**.

Dated: August 27, 2008

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge